Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:20−bk−01973
Chapter 13
Judge Randal S Mashburn

In Re:
    JACK D HOLT
    513 HILL RD
    Nashville, TN 37220

Social Security No.
    xxx−xx−9752

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 2/16/22 at 08:30 AM

to consider and act upon the following:

*54* – Motion For Contempt and Sanctions against Respondent for Violation of the Confirmation Order (Attachments: # 1 Exhibit A # 2 Exhibit B) Certificate of Service mailed on 01/21/2022. Filed on the behalf of: Debtor JACK D HOLT. (LEFKOVITZ AND LEFKOVITZ, PLLC)


Dated: 1/24/22                                                                             /s/ TERESA C. AZAN
                                                                                          Clerk, U.S. Bankruptcy Court