IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| JACK D HOLT ) | CASE NO.: 20-01973 |
| 513 HILL RD ) | JUDGE: MASHBURN |
| NASHVILLE, TN 37220 ) | |
| SSN: XXX-XX-9752 ) | |
| ) | |
|     Debtor & Movant ) | |
| ) | |
| v. ) | |
| ) | |
| QUICKEN LOANS, LLC, FKA QUICKEN ) | |
| LOANS, INC., AKA ROCKET MORTGAGE ) | |
| ) | |
| ) | |
|     Respondent. | |

**NOTICE TO STRIKE/WITHDRAW WITHOUT PREJUDICE**

COMES NOW counsel for the Debtor, and would give notice to withdraw his Motion for Contempt for Violation of the Confirmation Order, Docket No. 54, without prejudice.

Respectfully submitted,

/s/ Steven Lefkovitz
Steven L. Lefkovitz
Lefkovitz & Lefkovitz
618 Church Street, Suite 410
Nashville, TN 37219
Tel: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, February 01, 2022 I furnished a true and correct copy of the foregoing to the following parties in interest:

Electronic
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 190664
Nashville, TN 37219-0664

Electronic
U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

Electronic
Natalie Brown
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103

U.S. mail first class
JACK D HOLT
513 HILL RD
NASHVILLE, TN 37220

/s/ *Steven L. Lefkovitz*
Steven L. Lefkovitz